**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA WOODY, EMSURGCARE, and EMERGENCY SURGICAL ASSISTANT,<br><br>          Plaintiffs,<br><br>     v.<br><br>UNITED HEALTHCARE SERVICES, INC.,<br><br>          Defendant. | CV 23-3021 PA (AFMx)<br><br>JUDGMENT |

Pursuant to the Court's November 28, 2023 Minute Order denying the Motion for Leave to File Second Amended Complaint filed by plaintiffs Jessica Woody, Emsurgcare, and Emergency Surgical Assistant (collectively "Plaintiffs") and granting the Motion for Summary Judgment filed by defendant United HealthCare Services, Inc. ("UH Services"), and the Court's November 22, 2023 Order granting the parties' Stipulation dismissing Plaintiffs' quantum meruit claim with prejudice, it is hereby ORDERED, ADJUDGED, AND DECREED:

    1.    UH Services is entitled to summary judgment on the claims asserted against it by Plaintiffs; and

//

3. Plaintiffs shall take nothing and UH Services shall recover from Plaintiffs its costs of suit.

The Clerk is ordered to enter this Judgment.

DATED: November 28, 2023

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE